[No. 26014-6-I.   Division One.   September 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMETRIUS WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-04573-9, Norma Smith Huggins, J., entered June 11, 1990. *Reversed* by unpublished per curiam opinion.

[No. 28853-9-I.   Division One.   September 9, 1991.]

E. ROSA YOUNG, *as Guardian ad Litem, Petitioner,* v. KEY PHARMACEUTICALS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-10641-3, John M. Darrah, J., entered June 27, 1991. *Remanded* by unpublished per curiam opinion.

[No. 26538-5-I.   Division One.   September 9, 1991.]

MANUFACTURERS LIFE INSURANCE COMPANY, *Respondent,* v. STEPHEN M. GWINN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-06146-9, John M. Darrah, J., entered July 7, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Forrest and Baker, JJ.